CLYDE & CO US LLP
BRUCE D. CELEBREZZE, Bar No. 102181
*bruce.celebrezze@clydeco.us*
JASON J. CHORLEY, Bar No.  263225
*jason.chorley@clydeco.us*
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile:  (415) 365-9801

Attorneys for Plaintiff
NORTHFIELD INSURANCE COMPANY


MANNION LOWE & OKSENENDLER, P.C.
E. GERARD MANNION, Bar No. 77287
*gerry@mannionlowe.com*
655 Montgomery Street, Suite 1900
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile:  (415) 434-4810

Attorneys for Defendant
URIEL GUERRERO PIZANO, dba VAL-
NAP BAR & PUB

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, an Iowa corporation. <br><br> Plaintiff, <br><br> v. <br><br> URIEL GUERRERO PIZANO, an individual doing business as VAL-NAP BAR & PUB, a California resident; and SHAWN THRASH, an individual and California resident, <br><br> Defendants. | CASE NO. 2:19-cv-01198-TLN-EFB <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF NORTHFIELD INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Current Date:  October 3, 2019 <br> Current Time: 2:00 p.m. <br> Current Place: Courtroom 2, 15th Floor <br><br> Proposed Date:  October 31, 2019 <br> Proposed Time:  2:00 p.m. <br> Proposed Place:  Courtroom 2, 15th Floor |

STIPULATION TO CONTINUE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       Plaintiff Northfield Insurance Company ("Plaintiff") and defendant Uriel Guerrero

3   Pizano, dba Val-Nap Bar & Pub ("Defendant") hereby enter into this stipulation based on the

4   following facts:

5       WHEREAS Plaintiff properly noticed and filed its Motion for Partial Summary Judgment

6   on September 5, 2019 (ECF No. 9);

7       WHEREAS Plaintiff's Motion for Summary Judgment is currently set for hearing on

8   October 3, 2019 (ECF No. 9);

9       WHEREAS Defendant requested, and Plaintiff agreed, to continue the hearing on

10  Plaintiff's Motion for Summary Judgment;

11      NOW THEREFORE, the parties stipulate and agree as follows:  the hearing on

12  Northfield's Motion for Partial Summary Judgment is continued from October 3, 2019 to October

13  31, 2019, at 2:00 p.m. in Courtroom 2 of the above-captioned court, and the deadlines to file and

14  serve an opposition and reply are continued accordingly in relation to the October 31, 2019

15  hearing.

16      IT IS SO STIPULATED.

17

18  DATED:  September 16, 2019        CLYDE & CO US LLP

19
                                     By: */s/Jason J. Chorley*
20                                   Bruce D. Celebrezze
                                     Jason J. Chorley
21                                   Attorneys for Plaintiff
                                     NORTHFIELD INSURANCE COMPANY
22

23  DATED:  September 16, 2019        MANNION LOWE & OKSENENDLER, P.C.

24

25                                   By: */s/ E. Gerard Mannion (as authorized on 9/16/2019)*
                                     E. Gerard Mannion
26                                   Attorneys for Defendant URIEL GUERRERO PIZANO,
                                     dba VAL-NAP BAR & PUB
27

28

STIPULATION TO CONTINUE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT

**ORDER**

Pursuant to the parties' stipulation, the hearing on Northfield's Motion for Partial

Summary Judgment is continued from October 3, 2019 to October 31, 2019, at 2:00 p.m. in

Courtroom 2 of the above-captioned court, and the deadlines to file and serve an opposition and

reply are continued accordingly in relation to the October 31, 2019 hearing.

**IT IS SO ORDERED.**

DATED: September 16, 2019

_____
Troy L. Nunley
United States District Judge

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

-3-  Case No. 2:19-cv-01198-TLN-EFB
STIPULATION TO CONTINUE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT