CLYDE & CO US LLP
BRUCE D. CELEBREZZE, Bar No. 102181
*bruce.celebrezze@clydeco.us*
JASON J. CHORLEY, Bar No. 263225
*jason.chorley@clydeco.us*
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

Attorneys for Plaintiff
NORTHFIELD INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, an Iowa corporation.<br><br>Plaintiff,<br>v.<br><br>URIEL GUERRERO PIZANO, an individual doing business as VAL-NAP BAR & PUB, a California resident; and SHAWN THRASH, an individual and California resident,<br><br>Defendants. | CASE NO. 2:19-cv-01198-TLN-EFB<br><br>**ORDER GRANTING NORTHFIELD INSURANCE COMPANY'S REQUEST TO SEAL DOCUMENTS** |

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

Good cause appearing therefor and pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Eastern District Local Rules 140 and 141, Plaintiff's Request to Seal portions of Exhibit 3 to the Declaration of Laurie Frost In Support of Plaintiff Northfield Insurance Company's Motion for Partial Summary Judgment ("Frost Declaration") filed September 5, 2019, at ECF No. 9-3 is GRANTED.

IT IS THEREFORE ORDERED THAT:

1. Exhibit 3 to the Frost Declaration, ECF No. 9-3, shall be filed under seal.

2. The redacted version of the Frost Declaration submitted with Northfield's Request to Seal Documents shall be filed and available to the public.

IT IS SO ORDERED.

DATED: SEPTEMBER 18, 2019

_____
Troy L. Nunley
United States District Judge