CLYDE & CO US LLP
BRUCE D. CELEBREZZE, Bar No. 102181
*bruce.celebrezze@clydeco.us*
JASON J. CHORLEY, Bar No. 263225
*jason.chorley@clydeco.us*
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

Attorneys for Plaintiff
NORTHFIELD INSURANCE COMPANY

MANNION LOWE & OKSENENDLER, P.C.
E. GERARD MANNION, Bar No. 77287
*gerry@mannionlowe.com*
655 Montgomery Street, Suite 1900
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810

Attorneys for Defendant
URIEL GUERRERO PIZANO, dba VAL-NAP BAR & PUB



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NORTHFIELD INSURANCE COMPANY, an Iowa corporation.

Plaintiff,

v.

URIEL GUERRERO PIZANO, an individual doing business as VAL-NAP BAR & PUB, a California resident; and SHAWN THRASH, an individual and California resident,

Defendants.

CASE NO. 2:19-cv-01198-TLN-EFB

**STIPULATION AND ORDER TO MODIFY JUNE 28, 2019 INITIAL PRETRIAL SCHEDULING ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to paragraph IX of the Court's Initial Pretrial Scheduling Order and Federal Rule of Civil Procedure 16(b), plaintiff Northfield Insurance Company ("Plaintiff") and defendant Uriel Guerrero Pizano, dba Val-Nap Bar & Pub ("Defendant") hereby enter into this stipulation to modify the Scheduling Order for good cause based on the following facts:

WHEREAS, the Court entered its Initial Pretrial Scheduling Order on June 28, 2019 (the "Scheduling Order") (ECF 3);

WHEREAS, Plaintiff properly noticed and filed its Motion for Partial Summary Judgment on September 5, 2019 (ECF No. 9);

WHEREAS, Defendant timely filed an opposition to Plaintiff's Motion for Partial Summary Judgment and requested a continuance pursuant to Federal Rule of Civil Procedure 56(d) on October 17, 2019 (ECF No. 17);

WHEREAS, Plaintiff timely filed its reply on October 24, 2019 (ECF 18);

WHEREAS, the Court took Plaintiff's motion for partial summary judgment under submission on October 24, 2019 (ECF 19);

WHEREAS, in light of Plaintiff's pending motion for summary judgment, the parties have not conducted discovery in this matter;

WHEREAS, pursuant to the Scheduling Order, the discovery cutoff for this matter is set for March 25, 2020;

WHEREAS, all remaining dates in the Scheduling Order are dependent upon the discovery cutoff date, including expert discovery and trial setting;

WHEREAS, good cause exists to continue the discovery cutoff date pending a ruling on Plaintiff's Motion for Partial Summary Judgment so the parties do not incur unnecessary litigation expenses while the Court considers Plaintiff's potentially dispositive motion;

NOW THEREFORE, the parties stipulate and agree as follows: for good cause, the Scheduling Order is modified to continue the discovery cutoff date to 120 days following the Court's issuance of an order on Plaintiff's motion for summary judgment, and all remaining dates are continued accordingly in conformance with the periods in the Scheduling Order.

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

IT IS SO STIPULATED.

DATED: February 18, 2020

CLYDE & CO US LLP

By: */s/Jason J. Chorley*

Bruce D. Celebrezze
Jason J. Chorley
Attorneys for Plaintiff
NORTHFIELD INSURANCE COMPANY

DATED: February 18, 2020

MANNION LOWE & OKSENENDLER, P.C.

By: */s/ E. Gerard Mannion (as authorized on 2/18/2020)*

E. Gerard Mannion
Attorneys for Defendant URIEL GUERRERO PIZANO, dba VAL-NAP BAR & PUB

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

## ] ORDER

Pursuant to the parties' stipulation, the June 28, 2019 Initial Pretrial Scheduling Order is modified to reflect that the discovery cutoff is set for 120 days following the issuance of an order on Plaintiff's Motion for Partial Summary Judgment, and all other dates shall be continued accordingly based on the new discovery cutoff date.

**IT IS SO ORDERED.**

DATED: February 18, 2020

Troy L. Nunley
United States District Judge

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800