**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Raymond E. Brown (SBN 164819)
Lindsee B. Falcone (SBN 268072)
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA 92653
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
lfalcone@aguileragroup.com

Attorneys for Plaintiff, NORTHFIELD INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, an Iowa corporation;<br><br>Plaintiff,<br><br>v.<br><br>URIEL GUERRERO PIZANO, an individual doing business as VAL-NAP BAR & PUB, a California resident; and SHAWN THRASH, an individual and California resident,<br><br>Defendants. | Case No. 2:19-cv-01198-TLN-JDP<br><br>**ORDER GRANTING NORTHFIELD INSURANCE COMPANY'S REQUEST TO SEAL DOCUMENTS** |

## ORDER

GOOD CAUSE APPEARING, pursuant to Eastern District Local Rules 140 and 141, the request of plaintiff Northfield Insurance Company for an order redacting and sealing Exhibits 6 and 8 to the Declaration of Thomas Still In Support of Plaintiff Northfield Insurance Company's Motion for Partial Summary Judgment ("Still Declaration") that was filed on August 19, 2022, is hereby GRANTED.

IT IS THEREFORE ORDERED THAT:

1. Exhibits 6 and 8 to the Still Declaration shall be filed under seal.

2. The redacted version of the Still Declaration submitted with Northfield's Request to Seal Documents shall be the only version available to the public.

**IT IS SO ORDERED.**

Dated:    August 19, 2022

Troy L. Nunley
United States District Judge